## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEARNQUEST, INC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**ALCHEMY SOFTWARE SOLUTIONS, INC.**,<br><br>Defendant. | **CIVIL ACTION**<br><br><br>**NO. 2:20-cv-02309-KSM** |

## ORDER

**AND NOW** this 14th day of September, 2021, upon consideration of Defendant Alchemy Software Solutions, Inc.'s Motion to Dismiss the Amended Complaint (Doc. No. 11), Plaintiff's opposition brief (Doc. No. 12), and Defendant's reply brief (Doc. No. 13), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.     The motion is **DENIED** to the extent that Count I is based on Alchemy USA's failure to submit timely invoices, failure to submit invoices to the correct location, and disclosure of confidential information.

2.     The motion is **GRANTED** as to the remainder of Count I and the entirety of Counts II and III, and those claims are **DISMISSED.**

2

**IT IS FURTHER ORDERED** that lead counsel for the parties shall attend a **telephonic STATUS CONFERENCE** on **September 16, 2021** at **2:00 p.m.**[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.

---

[1] Chambers will circulate the dial-in information via email before the conference.